IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBBY JAMES GRAY**                                                   **PLAINTIFF**

**VS.**                        **5:19-cv-00078 BRW-PSH**

**GLOVER,** *et al.*                                                **DEFENDANTS**

## **ORDER**

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, Plaintiff's claims against Glover are dismissed without prejudice because Plaintiff makes no allegations regarding Glover's involvement in any violation of his constitutional rights.

IT IS SO ORDERED, this 4th day of April 2019.

                                                          Billy Roy Wilson
                                                          UNITED STATES DISTRICT JUDGE